## VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Southern** | **United States District Court** |

Case Number: 0:21-CV-61241-AHS

Plaintiff:
**Fifth Third Bank, National Association**

vs.

Defendant:
**Agritrade Farms, LLC, Ayal Raz and Agritrade International, LLC**

VPS2021005911

For:
Carolina Eason
Dinsmore & Shohl, LLP
201 N. Franklin St.
Suite 3050
Tampa, FL 33602

Received by VAUSES PROCESS SERVICE on the 22nd day of June, 2021 at 12:27 pm to be served on **Agritrade Farms, LLC R.A. Paul Boris, 1100 S. Powerline Road, #215, Deerfield Beach, FL 33442.**

I, FELIX ONATE, do hereby affirm that on the **29th day of June, 2021 at 11:21 am, I:**

**CORPORATE SERVED:** by delivering a true copy of the **Summons, Civil Cover Sheet, Compliant, Revolving Note Attachment, Continuing Guaranty Agreement Attachment, Continuing Guaranty Agreement Attachment, Security Agreement Attachment, Draw Note Attachment** with the date and hour of service endorsed thereon by me, to: **BLAKE CARUSO** ASSISTANT at the address of: **1100 S. Powerline Road, #215, Deerfield Beach, FL 33442** as **registered agent** for **Agritrade Farms, LLC R.A. Paul Boris**, and informed said person of the contents therein, in compliance with state statutes 48.081.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**FELIX ONATE**
SPS #473

**VAUSES PROCESS SERVICE**
P.O. Box 1777
Tallahassee, FL 32302
(850) 656-2605

Our Job Serial Number: VPS-2021005911

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Fifth Third Bank, National Association <br><br> *Plaintiff(s)* <br> v. <br> Agritrade Farms, LLC, Ayal Raz and Agritrade International, LLC, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 0:21-cv-61241 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Agritrade Farms, LLC
Paul Boris, Registered Agent
1100 S. Powerline Road, #215
Deerfield Beech, FL 33442

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Carolina Saavedra Eason, Esq. & John Gaset, Esq.
Dinsmore & Shohl LLP
201 N. Franklin St., Ste 3050
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   06/15/2021



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Patrick Edwards

Deputy Clerk
U.S. District Courts