**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division**

Civ. Case No.  0:21-cv-61241-AHS

FIFTH THIRD BANK, NATIONAL ASSOCIATION,

    Plaintiff,

vs.

AGRITRADE FARMS, LLC., AYAL RAZ, a
and AGRITRADE INTERNATIONAL, LLC.,

    Defendants.
_____/

## ANSWER TO COMPLAINT

Defendants AGRITRADE FARMS, LLC., and AGRITRADE INTERNATIONAL, LLC. answer the Complaint of the Plaintiff FIFTH THIRD BANK, NATIONAL ASSOCIATION as follows:

1. Without knowledge.

2. Admitted, except without knowledge as to Ayal Raz being a citizen of the state of Florida.

3. Admitted that Ayal Raz is an individual, and without knowledge as to the remainder.

4. Admitted with respect to Agritrade International, LLC., except without knowledge as to Ayal Raz.

5. Without knowledge.

6. Without knowledge.

7. Without knowledge.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Denied. There may be a typo with the date.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Without knowledge.

18. Admitted that Borrower has not paid certain amounts owed, and without knowledge as to the remainder of the paragraph.

19. Admitted that Borrower has not paid certain amounts owed, and without knowledge as to the remainder of the paragraph.

20. Admitted that Guarantors have not paid certain amounts owed, and without knowledge as to the remainder of the paragraph.

21. Without knowledge.

22. Without knowledge.

23. Without knowledge.

## COUNT I

## BREACH OF NOTE

24. Defendants reallege their responses to the prior paragraphs.

25. Admitted.

26. Without knowledge.

27. Admitted that certain amounts are owed, and without knowledge as to the remainder of the paragraph.

## COUNT II

## BREACH OF NOTE

28. Defendants reallege their responses to the prior paragraphs.

29. Admitted.

30. Admitted.

31. Admitted that certain amounts are owed, and without knowledge as to the remainder of the paragraph.

32. Admitted that certain amounts are owed, and without knowledge as to the remainder of the paragraph.

## COUNT III

## BREACH OF GUARANTY: AYAL RAZ

33 - 36. This Count is not directed to the answering Defendants.

## COUNT IV

## BREACH OF GUARANTY: AGRITRADE INTERNATIONAL, LLC.

37. Defendants reallege their responses to the prior paragraphs.

38. Admitted.

39. Admitted that certain amounts are owed, and without knowledge as to the remainder of the paragraph.

40. Admitted that certain amounts are owed, and without knowledge as to the remainder of the paragraph.

41. Defendants deny all allegations not expressly admitted.

## DEMAND FOR JURY TRIAL

Defendants demand a trial by jury as to all issues so triable.

By: ___s/Robert E. Goldman___
Robert E. Goldman, Esq. (FB#740799)
Robert@goldmanlaw.com
LAW OFFICE OF ROBERT E. GOLDMAN
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL  33301
Tel: (954) 745-7450
Fax: (954) 745-7460
Attorney for Defendant Agritrade International

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 15, 2021, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system.  I also certify that the foregoing documents is being served this day via on the below persons by the methods indicated below:

Carolina Saavedra Eason, Esq.
Dinsmore & Shohl
201 N. Franklin Street Suite 3050
Tampa, FL 33602
Email: carolina.saavedraeason@dinsmore.com

By: ___s/Robert E. Goldman___
Robert E. Goldman