**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
Ft. Lauderdale Division

Civ. Case No. 0:21-cv-61241-AHS

FIFTH THIRD BANK, NATIONAL ASSOCIATION,

    Plaintiff,
vs.

AGRITRADE FARMS, LLC., AYAL RAZ, a
and AGRITRADE INTERNATIONAL, LLC.,

    Defendants.
_____/

**CORPORATE DISCLOSURE STATEMENT**
**AND CERTIFICATE OF INTERESTED PERSONS**

NOTICE IS GIVEN by Defendant AGRITRADE FARMS, LLC. pursuant to Rule 7.1, Fed.R.Civ.P., that there is no parent corporation nor any publically held corporation owning 10% of more of its stock.

NOTICE FUTHER GIVEN that it is certified that there are no interested parties.

                                            By:     s/Robert E. Goldman
                                                   Robert E. Goldman, Esq. (FB#740799)
                                                   Robert@goldmanlaw.com
                                                 LAW OFFICE OF ROBERT E. GOLDMAN
                                                 1 East Broward Blvd., Ste. 700
                                                 Fort Lauderdale, FL  33301
                                                 Tel: (954) 745-7450
                                                 Fax: (954) 745-7460
                                                 *Attorney for Defendants Agritrade Farms, LLC and Agritrade International LLC.*

2

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on August 27, 2021, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system. I also certify that the foregoing documents is being served this day via on the below persons by the methods indicated below:

Carolina Saavedra Eason, Esq.
Dinsmore & Shohl
201 N. Franklin Street Suite 3050
Tampa, FL 33602
Email: carolina.saavedraeason@dinsmore.com

              By:  s/Robert E. Goldman
                  Robert E. Goldman