UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61241-CIV-SINGHAL/VALLE

CADLEROCK JOINT VENTURE, L.P.,

    Plaintiff,

v.

AGRITRADE FARMS, LLC, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** has come before the Court *sua sponte*. The deadline to select a mediator and submit a proposed order scheduling mediation was October 22, 2021 (DE [16]). The parties have failed to comply with the Court's order and have not selected a mediator or scheduled a mediation. Accordingly, it is hereby

**ORDERED** that the parties shall by **November 9, 2021** submit a proposed order scheduling mediation in accordance with the Court's initial Scheduling Order (DE [16]).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of November 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF