UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CADLEROCK JOINT VENTURE, LP  CASE NO: 0-21-cv-61241-AHS

    Plaintiff,

v.

AGRITRADE FARMS, LLC, et al.,

    Defendants.

_____/

## MEDIATOR'S REPORT

Mediator, Roy S Kobert ("Mediator") hereby files his Mediator's Report and states as follows:

1. The Mediator was selected by agreement amongst the parties, pursuant to the August 31, 2021 *Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge* (DE 16).

2. On March 18, 2022 a videoconference mediation session was conducted via Zoom. The Mediator indicates the following parties and their counsel attended the mediation:

For Plaintiff:

   - Carole Kendall with her counsel, Jason Slatkin, Esq.

For Defendants:

   - Ayal Raz and Paul Boros with their counsel, Robert E. Goldman, Esq.

3. The Mediator was forced to declare an IMPASSE.

                                   /s/ Roy Kobert
                                   Roy S. Kobert

        Florida Supreme Court Certified Mediator
Mediator No. 36341R
301 E. Pine Street, Suite 1400
Orlando, FL 32801
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
roy.kobert@gray-robinson.com
*Mediator*

This document is being filed by Attorney Jason Slatkin at the request of the Mediator so the Mediator is not added to the CM/ECF Service List.

/29602/159#46917241 v1