UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61241-CIV-SINGHAL/VALLE

CADLEROCK JOINT VENTURE, L.P.,

    Plaintiff,

v.

AGRITRADE FARMS, LLC, *et al.,*

    Defendant.
_____/

## FINAL JUDGMENT

**PURSUANT** to the Court's Order April 30, 2022, Order GRANTING Plaintiff's Motion for Summary Judgment, the Court enters this separate Final Judgment pursuant to Fed. R. Civ. P. 58(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Plaintiff CadleRock Joint Venture, L.P., and against Defendants Agritrade Farms, LLC, and Agrigrade International, LLC, jointly and severally in the amount of $969,356.47, for which let execution issue forthwith. Post-judgment interest shall accrue at the legal rate of interest allowed under 28 U.S.C. § 1961.

The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions. The Court reserves jurisdiction to enter a Final Judgment of Foreclosure in favor of Plaintiff.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 30th day of April 2022.

*/s/ Raag Singhal*
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF